SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7124
    FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NISHAT KOUSAR,<br><br>            Plaintiff,<br><br>            v.<br><br>ROBERT MUELLER, III, Director,<br>Federal Bureau of Investigations;<br>GREGORY CHRISTIAN, Acting Director,<br>Nebraska Service Center, USCIS;<br>EMILIO GONZALES, Director, U.S.<br>Citizenship and Immigration Services (USCIS);<br>MICHAEL CHERTOFF, Secretary,<br>Department of Homeland Security;<br>PAUL CLEMENT, Acting Attorney General,<br>Department of Justice;<br>TERRY RICE, San Francisco Field Office<br>Director, USCIS;<br><br>            Defendants. | No. C 07-5221 EDL<br><br>**ANSWER** |

    Defendants hereby submit their answer to Plaintiff's Complaint for Writ of Mandamus.

**INTRODUCTION**

    1. Paragraph One consists of Plaintiff's characterizations of the lawsuit for which no answer is necessary; however, to the extent a response is deemed to be required, the allegations in Paragraph One are denied.

    2. Defendants deny the allegations in Paragraph Two.

ANSWER
C07-5221 EDL                                        1

3.  Defendants admit the allegations in Paragraph Three; however, USCIS records indicate that Plaintiff's application to adjust status was received on January 5, 2004.

4.  Defendants admit the allegations in Paragraph Four; however, Defendants deny the allegation that they have "failed to adjudicate".

## PARTIES

5.  Defendants admit the allegations in Paragraph Five.

6.  Defendants admit the allegations in Paragraph Six.

7.  Defendants admit the allegations in Paragraph Seven with the exception that the Director of the Nebraska Service Center is F. Gerard Heinauer.

7.  Defendants admit the allegations in Paragraph Eight.

9.  Defendants admit the allegations in Paragraph Nine.

10.  Defendants admit the allegations in Paragraph Ten.

11.  Defendants admit the allegations in Paragraph Eleven.

## JURISDICTION

12.  Paragraph Twelve consists of Plaintiff's allegation regarding jurisdiction, to which no responsive pleading is required; however, to the extent a responsive pleading is deemed necessary, Defendants deny the allegations in this paragraph.

13.  Paragraph Thirteen consists of Plaintiff's allegation regarding jurisdiction, to which no responsive pleading is required.

14.  Paragraph Fourteen consists of Plaintiff's allegation regarding costs and attorney fees, to which no responsive pleading is required.

## VENUE

15.  Paragraph Fifteen consists of Plaintiff's allegations regarding venue, to which no responsive pleading is required.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

16.  Defendants deny the allegations in this paragraph.

## FACTUAL ALLEGATIONS

17.  Defendants admit the allegations in Paragraph Seventeen. Plaintiff's current alien

ANSWER
C07-5221 EDL                                          2

registration number is A 95 410 680. Her old alien registration number was consolidated with her current one.

    18. Defendants admit the allegations in Paragraph Eighteen.

    19. Defendants are without sufficient information to admit or deny the allegations in Paragraph Nineteen.

    20. Defendants are without sufficient information to admit or deny the allegations in Paragraph Twenty.

    21. Defendants are without sufficient information to admit or deny the allegations in Paragraph Twenty-One.

    22. Defendants are without sufficient information to admit or deny the allegations in Paragraph Twenty-Two.

    23. Defendants are without sufficient information to admit or deny the allegations in Paragraph Twenty-Three.

    24. Defendants are without sufficient information to admit or deny the allegations in Paragraph Twenty-Four.

    25. Defendants are without sufficient information to admit or deny the allegations in Paragraph Twenty-Five.

    26. Defendants are without sufficient information to admit or deny the allegations in Paragraph Twenty-Six.

    27. Defendants admit the first sentence in Paragraph Twenty-Seven; however, Defendants are without sufficient information to admit or deny the remaining allegations.

    28. Defendants deny the allegations in Paragraph Twenty-Eight.

## CLAIMS

    29. Paragraph Twenty-Nine consist solely of Plaintiff's characterizations of lawsuit for which no answer is necessary, but insofar as answers may be deemed necessary, the allegations in Paragraph Twenty-Nine are denied.

    30. Paragraph Thirty consist solely of Plaintiff's characterizations of lawsuit for which no answer is necessary, but insofar as answers may be deemed necessary, the allegations in Paragraph

1  Thirty are denied.

2   31.  Paragraph Thirty-One consist solely of Plaintiff's characterizations of lawsuit for which no answer is necessary, but insofar as answers may be deemed necessary, the allegations in Paragraph Thirty-One are denied.

5   32.  Defendants deny the allegations in Paragraph Thirty.

6   33.  Paragraph Thirty-Three consist solely of Plaintiff's characterizations of lawsuit for which no answer is necessary, but insofar as answers may be deemed necessary, the allegations in Paragraph Thirty-Three are denied.

9   34.  The remaining allegations consists of Plaintiff's prayer for relief, to which no admission or denial is required; to the extent a responsive pleading is deemed to be required, Defendants deny these paragraphs.

**FIRST AFFIRMATIVE DEFENSE**

The court lacks jurisdiction over the subject matter of this action.

**SECOND AFFIRMATIVE DEFENSE**

The Complaint fails to state a claim against the Defendants upon which relief can be granted.

**THIRD AFFIRMATIVE DEFENSE**

No acts or omissions by the United States or its employees were the proximate cause of any injury or damages to the Plaintiff.

**FOURTH AFFIRMATIVE DEFENSE**

At all times alleged in the complaint, Defendants were acting with good faith, with justification, and pursuant to authority.

**FIFTH AFFIRMATIVE DEFENSE**

Defendants are processing the application referred to in the Complaint to the extent possible at this time.  Accordingly, no relief as prayed for is warranted.

WHEREFORE, Defendants pray for relief as follows:

///

///

1 | That judgment be entered for Defendants and against Plaintiff, dismissing Plaintiff's
2 | Complaint with prejudice; that Plaintiff takes nothing; and that the Court grant such further relief
3 | as it deems just and proper under the circumstances.
4 | Dated: December 28, 2007               Respectfully submitted,
5 |                                         SCOTT N. SCHOOLS
                                            United States Attorney
6 |
7 |                                          _____/s/_____
                                            ILA C. DEISS
8 |                                          Assistant United States Attorney
                                            Attorneys for Defendants

ANSWER
C07-5221 EDL                           5