1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                  UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12 NISHAT KOUSAR,                          )
                                           )  No. C 07-5221 EDL
13           Plaintiff,                    )
                                           )
14      v.                                 )
                                           )  **PARTIES' CONSENT TO MAGISTRATE**
15 ROBERT MUELLER, III, Director,          )  **JUDGE JURISDICTION**
   Federal Bureau of Investigations;       )
16 GREGORY CHRISTIAN, Acting Director,     )
   Nebraska Service Center, USCIS;         )
17 EMILIO GONZALES, Director, U.S.         )
   Citizenship and Immigration Services (USCIS); )
18 MICHAEL CHERTOFF, Secretary,            )
   Department of Homeland Security;        )
19 PAUL CLEMENT, Acting Attorney General,  )
   Department of Justice;                  )
20 TERRY RICE, San Francisco Field Office  )
   Director, USCIS;                        )
21                                         )
             Defendants.                   )
22 _____)

23     In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the Plaintiff

24 and the Defendants in this case hereby voluntarily consent to have a United States Magistrate

25 Judge conduct any and all further proceedings in the case, including trial, and order the entry of a

26 final judgment.

27 ///

28 ///

Parties' Consent to Magistrate Jurisdiction
C07-5221 EDL                                    1

| | | |
|---|---|---|
| 1 | Dated: December 28, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS |
| 3 | | United States Attorney |

/s/
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants

Dated: December 31, 2007

/s/
BEN LOVEMAN
Attorney for Plaintiff

Parties' Consent to Magistrate Jurisdiction
C07-5221 EDL                    2