| | |
|---|---|
| 1 | SCOTT N. SCHOOLS, SC SBN 9990 |
| | United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143 |
| | Assistant United States Attorney |
| 3 | Chief, Civil Division |
| | ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055 |
| | San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7124 |
| | FAX: (415) 436-7169 |
| 7 | |
| | Attorneys for Defendants |
| 8 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

NISHAT KOUSAR,

        Plaintiff,

        v.

ROBERT MUELLER, III, Director, Federal Bureau of Investigations; GREGORY CHRISTIAN, Acting Director, Nebraska Service Center, USCIS; EMILIO GONZALES, Director, U.S. Citizenship and Immigration Services (USCIS); MICHAEL CHERTOFF, Secretary, Department of Homeland Security; PAUL CLEMENT, Acting Attorney General, Department of Justice; TERRY RICE, San Francisco Field Office Director, USCIS;

        Defendants.

No. C 07-5221 EDL

**PARTIES' JOINT REQUEST TO BE EXEMPT FROM FORMAL ADR PROCESS**

Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

Here, the parties agree that referral to a formal ADR process will not be beneficial because this

Parties' Request to be Exempt from ADR Process
C07-5221 EDL                        1

1 mandamus action is limited to plaintiff's request that this Court compel defendants to adjudicate
2 her application for adjustment of status. Given the substance of the action and the lack of any
3 potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax
4 court resources.
5     Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the
6 ADR Multi-Option Program and that they be excused from participating in the ADR phone
7 conference and any further formal ADR process.

8 Dated: December 28, 2007            Respectfully submitted,

                                               SCOTT N. SCHOOLS
                                               United States Attorney

                                                /s/
                                               ILA C. DEISS
                                               Assistant United States Attorney
                                               Attorney for Defendants

Dated: December 31, 2007             /s/
                                               BEN LOVEMAN
                                               Attorney for Plaintiff

**ORDER**

    Pursuant to stipulation, IT IS SO ORDERED.

Date: _____
                                               ELIZABETH D. LAPORTE
                                               United States Magistrate Judge