JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NISHAT KOUSAR,<br><br>              Plaintiff,<br><br>    v.<br><br>ROBERT MUELLER, III, Director, Federal Bureau of Investigations; GREGORY CHRISTIAN, Acting Director, Nebraska Service Center, USCIS; EMILIO GONZALES, Director, U.S. Citizenship and Immigration Services (USCIS); MICHAEL CHERTOFF, Secretary, Department of Homeland Security; PAUL CLEMENT, Acting Attorney General, Department of Justice; TERRY RICE, San Francisco Field Office Director, USCIS;<br><br>              Defendants. | No. C 07-5221 EDL<br><br>**JOINT CASE MANAGEMENT STATEMENT** and [**Proposed**] ORDER |

1. Jurisdiction and Service:

The basis asserted by plaintiff for this Court's jurisdiction is 28 U.S.C. § 1331 and 28 U.S.C. § 1361. The parties do not dispute that venue is proper in this district. No issues exist regarding personal jurisdiction or venue, and no parties remain to be served.

2. Facts:

Plaintiff filed a Form I-485 application to adjust her status to lawful permanent resident with

Joint Case Management Statement
C07-5221 EDL                                1

1  the United States Citizenship and Immigration Services (USCIS) on or about on January 5, 2004.
2  The USCIS has not yet adjudicated the Form I-485 application.  The Plaintiff filed an action on
3  October 11, 2007, seeking an order from this Court directing USCIS to adjudicate the Form I-485
4  application.

   3. Legal Issues:

Whether this Court should dismiss the Plaintiff's action for lack of subject matter jurisdiction. If this Court has jurisdiction, whether the USCIS is processing the Plaintiff's I-485 application within a reasonable period of time.

   4. Motions:

The parties intend to file cross-motions for summary judgment.

   5. Amendment of Pleadings:

No parties, claims or defenses are expected to be added or dismissed.

   6. Evidence Preservation:

The parties do not have any evidence that falls within this category.

   7. Disclosures:

The parties believe that the initial disclosure requirements of Fed. R. Civ. P. 26 do not apply to this case.

   8. Discovery:

Plaintiff may seek discovery.

   9. Class Actions:

N/A

   10. Related Cases:

The parties are not aware of any related case or cases.

   11. Relief:

The Plaintiff ask this Court to direct USCIS to adjudicate the Form I-485 application.

   12. Settlement and ADR:

The parties' filed a request to be exempt from formal ADR process on December 31, 2007.

///

1   13. Consent to Magistrate Judge for All Purposes:

2   The parties consent to a magistrate judge.

3   14. Other References:

4   The parties do not believe that this case is suitable for reference to binding arbitration, a

5   special master, or the Judicial Panel on Multidistrict Litigation.

6   15. Narrowing of Issues:

7   The parties do not believe that the issues can be narrowed by agreement or by motion, and do

8   not have suggestions to expedite the presentation of evidence at trial (e.g. through summaries or

9   stipulated facts), and any request to bifurcate issues, claims or defenses.

10  16. Expedited Schedule:

11  The parties believe this case can be resolved on cross-motions for summary judgment.

12  17. Scheduling:

13  The parties propose the following schedule on the parties' cross-motions for summary

14  judgment:

15  Cross-Motions for Summary Judgment:            January 28, 2008

16  Cross-Oppositions:                             February 12, 2008

17  Hearing:                                       February 26, 2008 at 9:00 a.m.

18  18. Trial:

19  The parties do not anticipate the need for a trial in this case.

20  19. Disclosure of Non-party Interested Entities or Persons:

21  The parties' intend to file the "Certification of Interested Entities or Persons" required by Civil

22  Local Rule 3-16.

23  20. Such other matters as may facilitate the just, speedy and inexpensive disposition of this

24  matter.

25  None.

26  ///

27  ///

28

Joint Case Management Statement
C07-5221 EDL                            3

| | | |
|---|---|---|
| 1 | Date: January 8, 2008 | Respectfully submitted, |
| 2 | | JOSEPH P. RUSSONIELLO |
| | | United States Attorney |

/s/
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

Date: January 8, 2008

/s/
BEN LOVEMAN
Attorney for Plaintiff

**CASE MANAGEMENT ORDER**

The Joint Case Management Statement and Proposed Order are hereby adopted by the Court as the Case Management Order for the case, and the parties are ordered to comply with this Order.

Date:

ELIZABETH D. LAPORTE
United States Magistrate Judge

Joint Case Management Statement
C07-5221 EDL                                         4