1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7124
   FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12 NISHAT KOUSAR,                    )
                                     ) No. C 07-5221 EDL
13         Plaintiff,                )
                                     )
14    v.                             ) **PARTIES' JOINT REQUEST TO BE**
                                     ) **EXEMPT FROM FORMAL ADR**
15 ROBERT MUELLER, III, Director,    ) **PROCESS**
   Federal Bureau of Investigations; )
16 GREGORY CHRISTIAN, Acting Director,)
   Nebraska Service Center, USCIS;   )
17 EMILIO GONZALES, Director, U.S.   )
   Citizenship and Immigration Services (USCIS); )
18 MICHAEL CHERTOFF, Secretary,      )
   Department of Homeland Security;  )
19 PAUL CLEMENT, Acting Attorney General, )
   Department of Justice;            )
20 TERRY RICE, San Francisco Field Office )
   Director, USCIS;                  )
21                                   )
           Defendants.                )
22 _____ )

23    Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute

24 Resolution Procedures in the Northern District of California," or the specified portions of the ADR

25 Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution

26 options provided by the court and private entities, and considered whether this case might benefit

27 from any of them.

28    Here, the parties agree that referral to a formal ADR process will not be beneficial because this

Parties' Request to be Exempt from ADR Process
C07-5221 EDL                                     1

mandamus action is limited to plaintiff's request that this Court compel defendants to adjudicate her application for adjustment of status.  Given the substance of the action and the lack of any potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax court resources.

Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the ADR Multi-Option Program and that they be excused from participating in the ADR phone conference and any further formal ADR process.

Dated: December 28, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

/s/
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants

Dated: December 31, 2007

/s/
BEN LOVEMAN
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:  January 14, 2008

ELIZABETH D. LAPORTE
United States Magistrate Judge

Parties' Request to be Exempt from ADR Process
C07-5221 EDL                                                    2