In the United States District Court
for the Northern District of California
Magistrate Judge Elizabeth D. Laporte

**CIVIL MINUTES**

Date: January 15, 2008

Case No: **C-07-05221 EDL**

Case Name: **NISHAT KOUSAR v. ROBERT MUELLER III**

    Attorneys:   Pltf: Ben Loveman   Deft: Ila Deiss

    Deputy Clerk:  Lili M. Harrell   FTR Digital Recorder: 3:40pm - 3:43pm

**PROCEEDINGS:** Initial Case Management Conference - held.

**ORDERED AFTER HEARING:**
    Court adopts the parties briefing schedule. Cross-motions for summary judgment shall be filed 1/28/08; opposition briefs due 2/12/08; hearing set for 3/5/08.

**Order to be prepared by:**  [] Plntf  [] Deft  [] Court

**Case continued to:**  for

**Notes:**

cc: