UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NISHAT KOUSAR,

    Plaintiff,

v.

ROBERT MUELLER III, et al.,

    Defendants.

No. C 07-05221 EDL

CLERK'S NOTICE

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the hearing on the parties' cross-motions for summary judgment originally scheduled for March 5, 2008 is **reset to March 4, 2008 at 9:00 a.m.** before Magistrate Judge Laporte in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco.

Dated: February 4, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
    Lili M. Harrell
    Courtroom Deputy