JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7124
    FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NISHAT KOUSAR,<br><br>        Plaintiff,<br><br>    v.<br><br>ROBERT MUELLER, III, Director,<br>Federal Bureau of Investigations;<br>GREGORY CHRISTIAN, Acting Director,<br>Nebraska Service Center, USCIS;<br>EMILIO GONZALES, Director, U.S.<br>Citizenship and Immigration Services (USCIS);<br>MICHAEL CHERTOFF, Secretary,<br>Department of Homeland Security;<br>MICHAEL MUKASEY, Attorney General,<br>Department of Justice;<br>TERRY RICE, San Francisco Field Office<br>Director, USCIS;<br><br>        Defendants. | No. C 07-5221 EDL<br><br>**DEFENDANTS' CROSS-OPPOSITION TO PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT; and DECLARATION OF F. GERARD HEINAUER**<br><br>Date:      March 4, 2008 (reset by Court)<br>Time:     9:00 a.m.<br>Courtroom:  E, 15th floor |

    Plaintiff asks this Court to issue a writ of mandamus, compelling Defendants to make a determination on her application for adjustment of status, which has been pending for completion of the Federal Bureau of Investigation (FBI) name check since January 2004. See Declaration of F. Gerard Heinauer (Heinauer Decl.) ¶ 3.

    Plaintiff currently posses a travel document valid through February 2009. See Heinauer Decl. ¶ 7. Although eligible, Plaintiff has not requested a valid work authorization document. Id.

Defendants' Cross-Opposition to Plaintiff's Motion
C07-5221 EDL                              1

The FBI completed Plaintiff's name check on January 24, 2008. Heinauer Decl. ¶ 13. Some cases involve complex information and cannot be resolved quickly and eligibility issues need to be resolved. Heinauer Decl. ¶ 15. USCIS's Nebraska Service Center is actively adjudicating Plaintiff's application in accordance with standard procedures for asylee adjustment of status applications. Heinauer Decl. ¶ 19.

First of all, only Defendants from the United States Citizenship and Immigration Services (USCIS) are properly named. Konchitsky v. Chertoff, No. C-07-00294 RMW, 2007 WL 2070325, at *6 (N.D. Cal. Jul. 13, 2007). Moreover, it appears that the FBI has completed the name check and, therefore, claims against Defendant Mueller should be dismissed as moot. Heinauer Decl. ¶ 15.

With respect to the claims against Defendants from USCIS, as attested by Mr. Heinauer, Plaintiff's application is being actively adjudicated and should be resolved in the near future. Heinauer Decl. ¶ 16-19. Accordingly, Plaintiff has not shown that Defendants are refusing to adjudicate her application or that they are acting arbitrarily. The Court should dismiss Defendants Mueller and Mukasey and grant remaining Defendants' motion for summary judgment.

Dated: February 12, 2008                    Respectfully submitted,

                                            JOSEPH P. RUSSONIELLO
                                            United States Attorney


                                                    /s/
                                            ILA C. DEISS
                                            Assistant United States Attorney
                                            Attorney for Defendants