**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NISHAT KOUSAR

      Plaintiff,                          No. 07-05221 EDL

    v.                                 CLERK'S NOTICE

ROBERT MUELLER III, et al

      Defendants.
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the hearing on the parties' cross-motions for summary judgment scheduled for March 4, 2008 at 9:00 a.m. has been taken off calendar. The Court deems the matter suitable for decision without oral argument.

Dated: February 29, 2008

                                                    FOR THE COURT,
                                                    Richard W. Wieking, Clerk

                                   by: _____
                                             Lili M. Harrell
                                             Courtroom Deputy